

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Edward James Nicholas           :
                                :
                                :
VS.                             :        Docket:
                                :
PETER D. BARBEY, [and]          :
                                :
READING EAGLE COMPANY,          :        16    6623
                                :
           (defendants)         :
                                :
              et-al             :
                                :
                                :
                                :

**MOTION TO PROCEED IN FORMA PAUPERIS.**, and assignment of an
attorney to represent this civil-action.

I, Edward James Nicholas, on this_____,_____,date
hereby swear and affirm that the foregoing is true and correct.

I own a PROFESSIONAL BARBER LICENSE I.D. at # BL 052317 licennsed
that i had to put in escrow / inactive status due to the incident
involving the civil-action.

I have No BANK ACCOUNTS

I OWN NO STOCKES AND BONDS

I MAY OF LOST PROFESSIONAL BARBER EQUIPMENT DUE THE INCIDENT THAT
IS INVOLVED WITH THIS LITIGATION IN THE APRX AMOUNT OF 2,000  due
to being incarcerated.

I own no vehicles

I own no other land or property.

DUE to the Racketeering nature of the Plaintiffs claims against the
defendant and the intricacies thereof the plaintiff requests that
this court assign a licensed professional attorney to assist him
with the civil litigation.

the united states court is herbeby notified that the plaintiff may be removed from this county prison any day in the near future and plaintiff will notify the clerk of his whereabouts.

WHEREFORE, RESPECTFULLY REQUEST THAT THE COURT GRANT THIS MOTION AND ISSUE AN ORDER OF ASSIGNMENT OF A LICENSED ATTORNEY.

28 U.S.C 1746
THIS IS TRUE AND CORRECT

EDWARD JAMES NICHOLAS
2011-0839 J 222
1287 WELFARE ROAD
LEESPORT, PA 9397